IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE AUGUSTIN,

    Plaintiff,                                 MISC 08-141 LKK KJM PS

   vs.

NEW CENTURY TRS HOLDING, INC. et al.,

    Defendants.                              <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se.  Plaintiff has filed a document regarding his financial assets, not signed under penalty of perjury, indicating that plaintiff is employed as a driver and receives tips, earned $1157.57 for the pay period from October 20 to November 2, 2008 and is also employed as a substitute teacher.

        Pursuant to federal statute, a filing fee of $39.00 is required to commence a miscellaneous action. 28 U.S.C. § 1914(b); <u>see generally</u> http://jnet.ao.dcn/Guide/Volume_4/, http://www.uscourts.gov/fedcourtfees.  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a).  The amount of plaintiff's earnings shows that plaintiff is able to pay the filing fee.  Thus, plaintiff has made an inadequate showing of indigency.  See <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th

1

1 Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer
2 v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994). Plaintiff will therefore be granted twenty
3 days in which to submit the appropriate filing fee to the Clerk of the Court. Plaintiff is cautioned
4 that failure to pay the fee will result in a recommendation that the application to proceed in
5 forma pauperis be denied and the instant miscellaneous action be dismissed without prejudice.

6    Plaintiff seeks court approval for the issuance of subpoenas. Plaintiff fails to
7 explain why modification of the procedures set forth under Federal Rule of Civil Procedure
8 45(a)(3) is necessary. Plaintiff's request will therefore be denied.

9    Plaintiff also requests that his financial information be sealed. Plaintiff has failed
10 to show good cause for issuance of such an order and the request will be denied.

11   Accordingly, IT IS HEREBY ORDERED that:

12   1. Within twenty days from the date of this order, plaintiff shall submit the
13 appropriate filing fee.

14   2. The motion for court order for issuance of subpoenas is denied.

15   3. The motion to seal financial information is denied.

16 DATED: November 24, 2008.

_____
U.S. MAGISTRATE JUDGE

006
augustin.den

2