IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE AUGUSTIN,

   Plaintiff,         No. MISC S-08-0141 LKK KJM PS

  vs.

NEW CENTURY TRS HOLDING, INC. et al.,

   Defendants.       FINDINGS & RECOMMENDATIONS

_____/

    By an order filed November 24, 2008, plaintiff was ordered to submit the appropriate filing fee within twenty days. Plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 29, 2009.

                       _____
/augu0141.fifp                  U.S. MAGISTRATE JUDGE

1