IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE AUGUSTIN,

    Plaintiff,

vs.

NEW CENTURY TRS HOLDING, INC., et al.,

    Defendants.

No. MISC S-08-0141 LKK KJM PS

<u>ORDER</u>

_____/

    Plaintiff, proceeding pro se, filed the above-entitled actions. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On January 29, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1. The findings and recommendations filed January 29, 2009, are adopted in full; and

2. This action is dismissed.

DATED: April 24, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT